# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0823
LT Case No. 2018-CF-007783-A

———————————————

MICHAEL D. YOUNG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.850 Appeal from the Circuit Court for Duval County.
London Mahogany Kite, Judge.

Michael D. Young, Crawfordville, pro se.

James Uthmeier, Attorney General, and Amanda Bosman,
Assistant Attorney General, Tallahassee, for Appellee.

February 5, 2026

PER CURIAM.

AFFIRMED.

MAKAR, WALLIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____